UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED 5-15-17

---

MARIA KARPOV DMD MS PC, ET AL.,

           Plaintiffs,

- against -

MYLES HANNIGAN, ET AL.,

           Defendants.

15-cv-9497

MEMORANDUM OPINION AND ORDER

---

JOHN G. KOELTL, District Judge:

The Court has received the plaintiffs' objections to the report and recommendation of the Magistrate Judge, ECF No. 24. The plaintiffs have submitted, for the first time, additional materials in support of their application for damages.

The matter is returned to the Magistrate Judge for consideration of the additional materials in the first instance in connection with the inquest on damages following the default of the defendants. See Fed. R. Civ. P. 72(b)(3); Trs. Of Metal Polishers Local 8A-281 Funds v. Prestige Restoration and Maint., LLC, 986 F. Supp. 2d 159, 165 n.2 (E.D.N.Y. 2013).

SO ORDERED.

Dated: New York, New York
      May 13, 2017

                                      John G. Koeltl
                                      United States District Judge